# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **CHARLES and JENNY HARLESS,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 3:16-cv-08705 |
| **TRANSWORLD SYSTEMS, INC.,** | § § § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), p, Charles and Jenny Harless, and defendant, Transworld Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Benjamin M. Sheridan                     /s/ Albert C. Dunn, Jr.
Benjamin M. Sheridan, Esq.              Albert C. Dunn, Jr., Esq.
WV Bar No. 11296                             WV Bar No. 5670
Klein & Sheridan, LC                           BAILEY & WYANT, PLLC
3566 Teays Valley Road                     500 Virginia Street East, Suite 600
Hurricane, WV 25526                         Charleston, WV 25337-3710
Telephone: (304) 562-7111              Telephone: (304) 720-0715
Facsimile: (304) 562-7115                 Facsimile: (304) 343-3133
Email: bsheridan@kswvlaw.com     Email: adunn@baileywyant.com

*Attorney for Plaintiffs,*                        *Attorney for Defendant,*
*Charles and Jenny Harless*                 *Transworld Systems, Inc.*