**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **CHARLES and JENNY HARLESS,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 3:16-cv-08705** |
| | § | |
| **TRANSWORLD SYSTEMS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

Based on the stipulation of the parties, plaintiffs, Charles and Jenny Harless, and defendant, Transworld Systems, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: _____10/21/16_____

_____
JUDGE PRESIDING